**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|
| **FILED** **Aug 30 2022** |
| CAROL L. MICHEL CLERK |

**ALEX ALFONSO SALAVERRIA
PLAINTIFF**

**VS.**                          **CASE  No. 22-2617-SECTION H MAG4**

**STATE OF CALIFORNIA ET. AL
DEFENDANTS**

# MOTION TO INTRODUCE AMENDED COMPLAINT AND EXHIBITS LEFT OUT FROM ORIGINAL FILING

**DEFENDANTS STATE OF CALIFORNIA ET. AL under numerous Law Enforcement Agencies, Elected Officials, State Judges, and with coordinated efforts of Federal Agents of the Department of Homeland Security [LEGAL TEAM/ RESCUE TEAM-OPERATING OUTSIDE LEGAL JURISDICTION] thus breaking CALIFORNIA STATE LAWS [SB 54 CALIFORNIA SANCTUARY LAW] and FEDERAL STATUES: [OBSTRUCTION OF JUSTICE U.S.C. SECTION 1503], [CONSPIRACY AGAINST RIGHTS 18 U.S.C. SECTION 241/ MATTHEW SHEPARD-JAMES BYRD JR., HATE CRIMES 18 U.S.C. SECTION 249], FALSE STATEMENTS AND FORGED DOCUMENTS [18 U.S.C. SECTION 1001], have all been involved in serious violations to the UNITED STATES CONSTITUTION.  Too all of those parties involved is is now the duty of the UNITED STATES ATTORNEYS OFFICE in all respective DISTRICTS: [CENTRAL DISTRICT CALIFORNIA] [DISTRICT OF COLUMBIA] [SOUTHERN DISTRICT OF NEW YORK] [EASTERN DISTRICT OF LOUISIANA] to commence investigations and FULLY PROSECUTE DEFENDANTS and all of those involved in accomplice liability to the [FEDERAL CRIME OF FORGERY 18 U.S.C. SECTION 471], [CONSPIRACY AGAINST RIGHTS 18 U.S.C. SECTION 241], [TREASON AGAINST THE UNITED STATES OF AMERICA- US CONSTITUTION ARTICLE 111 SECTION 3].**

**Historically the UNITED STATES OF AMERICA although it has signed the UNIVERSAL DECLARATION OF HUMAN RIGHTS [UN GENERAL ASSEMBLY RESOLUTION 217A] and set forth PROTECTIONS to INTERNATIONAL TREATIES including [GENEVA CONVENTION], has yet to define together with the UNITED NATIONS and all world nations the CONVENTION ON THE PROHIBITION AND PUNISHMENT OF CRIMES AGAINST HUMANITY.  In addition, the UNITED STATES has been widely criticized directed at the existence of systematic racism, weaker labor protections than most western countries, imprisonment of debtors, criminalization of homelessness and poverty, but most important: INVASION OF A CITIZENS' PRIVACY THROUGH MASS SURVEILLANCE PROGRAMS, POLICE BRUTALITY, POLICE IMPUNITY AND CORRUPTION.  All of these known criticisms that fall under the radar, apply to DEFENDANTS STATE OF CALIFORNIA.**

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

**The UNITED STATES CONSTITUTION protects anyone standing on US soil to many of these, however the constant disrespect to the Constitution to which all FEDERAL EMPLOYEES SWORE IN OATH TO PROTECT is more than obvious.  Furthermore Human Rights and security assistance is defined in [22 U.S.C. SECTION 2304] and other set forth examples of many of these protections are vested in [THE CIVIL RIGHTS ACT OF 1964].  The provisions of SECTIONS 111 and 1114, TITLE 18 U.S..C. shall apply to OFFICERS, AGENTS, AND ALL EMPLOYEES OF THE UNITED STATES GOVERNMENT.**

## NEGLIGENCE IN HIRING IS THE PROBLEM WITH LAW ENFORCEMENT IN THE UNITED STATES OF AMERICA

**Cultural factors** can also contribute to making a society of intelligent people appear surprisingly unintelligent. The quality and *reliability of journalism* and other *[news media CBS, CNN, NBC, ABC, FOX, bravo-reality tv dysfunctional series ]* for example, will be a factor in how the "**population thinks**." **And the economic security (or lack thereof) of the population is also a factor to consider. Intellectual priorities are more likely to take a back seat if one is living in constant stress, in fear of poverty, without health care, or working multiple jobs just to make ends meet.** *And of course evolving technology is a factor as well – consider how social media and smartphones have influenced the public dialogue in just a generation.*

All of these factors and many others shape our values, as individuals and a society, with respect to critical thinking. *If we begin to assess the United States in the context of some of them, leaving aside the conservative "religion factor" , we find a nation today that, unlike previous generations, increasingly informs itself via cable news, talk radio, and social media of* <u>dubious quality</u>*. Perhaps more importantly, we find a nation where* <u>economic insecurity and inequality</u> *are growing in prevalence, resulting in more fear and* <u>anxiety</u>*.  In basic terms society in general are bombarded with unsubstantial media and programs thus misinformed within the reality of what the world actually is.*

These phenomena and others can work together to create an atmosphere that **devalues** "critical thinking" and "rational discourse" to **morality between right and wrong.** When this happens, the result is "anti-intellectualism" as a defining **character trait,** and this occurs regardless of the underlying intelligence of the person or society involved. The morality factor then loses importance to a society, which makes no cross reference within their critical thing of acknowledging right from wrong even if it involves "harming others" all to coverups that are politically motivated in keeping the public from the truth.  The culture then loses its identity and nothing matters except for personal interests that eventually are make individuals complacent as long as they remain comfortable within a daily basis environment and satisfies their needs to be.

Then comes the question where does **POLICE CORRUPTION** or anything concerning **LAW ENFORCEMENT AGENCIES** come to an end if the OATH of allegiance to the **UNITED STATES CONSTITUTION** is always disregarded under politically motivated circumstances, is the precedent of the **STATE OF CALIFORNIA** involved in numerous corruption scandals dating more than 50 years.

OBSTRUCTION OF JUSTICE          2 of 21          EATERN DISTRICT LA

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

In many circumstances this involves the oversight of former **[SAN FRANCISCO DISTRICT ATTORNEY/ ATTORNEY GENERAL/ SENATOR OF CALIFORNIA] now VICE PRESIDENT KAMALA D. HARRIS.**

**[MENTIONED IN FEDERAL COMPLAINT 9CIR 22-55605]**

9CIR 22-55605                                          UNDER APPEAL

**PLAINTIFF ALEX ALFONSO SALAVERRIA makes a STATEMENT that the VICE PRESIDENT OF THE UNITED STATES KAMALA D. HARRIS and the GOVERNOR OF CALIFORNIA GAVIN NEWSOM are directly affecting the outcomes and interfering with FEDERAL COURT(S): FOR THE RECORD.  It is NOT the FIRST time both of them have directly interfered with the AFFAIRS of PLAINTIFF SALAVERRIA and are directly responsible for the ORDERS of INFLICTING HARM to PLAINTIFF SALAVERRIA in TWELVE different times to date.  This is in FACT a CONSPIRACY to cover up for their POLITICALLY motivated agenda, and have in FACT "CLASSIFIED" documents without LEGAL JURISDICTION.  In addition a continued ILLEGAL SURVEILLANCE has been ongoing since early 2019 at 14357 LANNING DRIVE WHITTIER, CA 90604 when every single known OPERATION has been ILLEGAL since it started through SPECIAL AGENT UNDER COVER COLIN HOBBS.  Furthermore it is now believed the both mentioned GOVERNMENT EMPLOYEES through their direct ILLEGAL BEHAVIOR and ORDERS to other LAW ENFORCEMENT AGENCIES have tampered with FEDERAL COURT EVIDENCE and are directly involved with the THEFT and WRONGFUL APPROPRIATION [10 U.S.C. SECTION 1921 ART. 121] of PRIVATE DOCUMENTATION and PROPERTY that was ILLEGALLY EMBEZZLED from 14357 LANNING DRIVE WHITTIER, CA 90604.**

**[34 U.S.C. SECTION 12601] POLICE MISCONDUCT:**

**ALTHOUGH PENALIZED BY FEDERAL LAW RARELY ARE OFFICERS HELD ACCOUNTABLE FOR THEIR MISCONDUCT.  THIS IS A PATTERN IN BOTH STATES OF NEVADA AND CALIFORNIA WHERE PLAINTIFF SALAVERRIA HAS LEGALLY FILED FEDERAL COMPLAINTS OF DEPRIVING HIM OF HIS CONSTITUTIONAL RIGHTS OF GOVERNMENT INTRUSION INTO HIS PERSONAL AFFAIRS.  THE VICE PRESIDENT OF THE UNITED STATES OF AMERICA KAMALA D. HARRIS KNEW THIS AS BEING THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA WHICH IS IN FACT THE SECOND LARGEST LAW ENFORCEMENT OVERSIGHT OFFICE AFTER THE UNITED STATES DEPARTMENT OF JUSTICE IN WASHINGTON DISTRICT OF COLUMBIA [THE ATTORNEY GENERAL OF THE UNITED STATES HAS THE CIVIC DUTY TO UPHOLD THE RULE OF LAW WHEN THESE VIOLATIONS OCCUR] .  DURING HER TENURE SHE WAS PLAGUED WITH NUMEROUS SCANDALS INCLUDING THAT OF FORMER CHIEF LEE BACA OF THE LOS ANGELES SHERIFF'S DEPARTMENT CURRENTLY FACING A PRISON SENTENCE. CURRENTLY SHERIFF ALEX VILLANUEVA CONTINUES TO BE PLAGUED WITH NUMEROUS SCANDALS AND COMPLAINTS OF POLICE CRIMINAL COVERUPS.**

**INSTEAD OF BEING A PROGRESSIVE TO WHAT SHE PROMOTED HERSELF WHEN BECOMING ATTORNEY GENERAL AND DISTRICT ATTORNEY OF CITY OF SAN FRANCISCO SHE RARELY APPLIED CONSTITUTIONAL LAW TO NUMEROUS CASES THAT CAME TO HER ATTENTION AND WAS SEEN AS A MODERATE WITH POLITICAL MOTIVATIONS NOT FOR THE BENEFIT OF "THE PEOPLE":**

**FOR EXAMPLE: During her tenure as Attorney General of the State of California Vice President Kamala D. Harris** overlooked and defended law enforcement officials accused of MISCONDUCT. A state prosecutor, Robert Murray, falsified a confession, using it to threaten the defendant with life in prison. After a court threw out the indictment, Harris's office appealed it, dismissing the MISCONDUCT because it did not involve physical violence. Vice President Harris also resisted some attempts to hold police accountable for shootings, and that concerning POLICE MISCONDUCT in numerous facilities across CALIFORNIA.

OBSTRUCTION OF JUSTICE          9 of 26          TAMPERING OF EVIDENCE

9CIR 22-55605                                                    UNDER APPEAL

*In 2010, a CALIFORNIA SUPREME COURT Judge made reference to the tenure of the Vice President as District Attorney of the City of San Francisco.  In this scenario the then District Attorney (Kamala D. Harris) had violated DEFENDANTS RIGHTS by covering up detrimental information about a drug related lab technician in the San Francisco Police Department thus falsifying RECORDS. The Supreme Court Judge concluded that prosecutors working under the Vice President had failed to fulfill their "CONSTITUTIONAL DUTY" to tell DEFENSE ATTORNEYS information about prosecution witnesses that directly challenges credibility from their counterparts.  The failure of these "DUTIES" to respect CONSTITUTIONAL LAW led to the dismissal of more than 600 drug cases: FOR THE RECORD.*

*"In a similar scenario PLAINTIFF SALAVERRIA believes she is involved in DIRECTLY THREATENING individuals that were once either friends or close trusted individuals to him."*

*Then again the current DISTRICT ATTORNEY OF LOS ANGELES GEORGE GASCON is in fact the former DISTRICT ATTORNEY OF SAN FRANCISCO and has in fact known about these matters for a very long time.*

In recent events, PLAINTIFF ALEX ALFONSO SALAVERRIA has become aware of numerous circumstances of where [EXHIBITS OF FEDERAL DOCUMENTS] have been either removed or tampered with which a complete violation of the RULE OF LAW. Furthermore this CRIMINAL BEHAVIOR is penalized under [FEDERAL CRIME OF FORGERY 18 U.S.C. SECTION 471].  It is has become a common practice of the numerous employees of the STATE OF CALIFORNIA, and those especially under the CALIFORNIA DEPARTMENT OF JUSTICE.

It came to the attention of PLAINTIFF SALAVERRIA, the STATE OF CALIFORNIA under FALSE STATEMENTS and with the influence of the OFFICE OF THE GOVERNOR OF CALIFORNIA GAVIN NEWSOM to declare <u>PLAINTIFF SALAVERRIA a "TERRORIST"</u> which under FEDERAL STATUES, said EMPLOYEE of the STATE OF CALIFORNIA has no LEGAL JURISDICTION or EVIDENCE for that matter, to declare under "bogus" terms any individual or person such terminology which is complete DEFAMATION.  In addition with the VICE PRESIDENT KAMALA D. HARRIS she has the ability to abuse many known factors such as Executive Privilege under the PATRIOT ACT. This all to cover up for the MISBEHAVIOR and CRIMINAL CONDUCT of CORRUPT LAW ENFORCEMENT that ILLEGALLY STARTED AN INVESTIGATION thus obtained FALSE EVIDENCE and PRIVATE MATTERS all that fall under the FRUIT OF THE POISONOUS TREE DOCTRINE.  So under the assumption of the pretense of a LIE or FALSE STATEMENT penalized under [18 U.S.C. SECTION 1001] DEFENDANTS STATE OF CALIFORNIA have continued to monitor under ILLEGAL SURVEILLANCE in complete violation of the CONSTITUTION OF THE UNITED STATES OF AMERICA:

PLAINTIFF now strongly believes numerous people have either been eliminated or silenced due to the serious consequences involving a DIRECT ATTEMPT AGAINST A PERSON DEEMED DISABLED FOR LIFE AS A LONG TERM AIDS SURVIVOR.  It is here where PLAINTIFF SALAVERRIA will put the JUDICIAL SYSTEM OF THE UNITED STATES OF AMERICA to the test.

If those that are placed in positions of TRUST disregard the CONSTITUTIONAL RIGHTS of anyone, it is reminded:

That all times herein, AMENDMENT XIV OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA was in FULL FORCE, and is abiding on all DEFENDANTS thus supersedes both STATE and FEDERAL LAWS. Substantive Due Process:

The Supreme Court has found that the Fourteenth Amendment's <u>due process clause protects individuals from arbitrary state laws or actions that interfere with fundamental liberties.</u> More than offering a process of fairness, courts have found that the Fourteenth Amendment prohibits states from harming an individual's ability to fully participate in society. Liberty, the Court held in Meyer v. Nebraska, "denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men."

In addition the use of INVASION OF PRIVACY under the PATRIOT ACT violates AMENDMENT I of the CONSTITUTION [LIMITS IMPOSED BY CONGRESS IN SEPARATION OF POWERS], PROTECTED UNDER AMENDMENT IV, and reiterated in the PRIVACY ACT OF 1974.

At this point the obvious CORRUPTION of the STATE OF CALIFORNIA becomes more than laughable to the point of manipulating INTERNET COMMUNICATIONS which is again prohibited by the RULE OF LAW.  Under arbitrary conditions, anyone that interferes with FEDERAL COURT PROCEEDINGS is to be FULLY PROSECUTED under [OBSTRUCTION OF JUSTICE 18 U.S.C. SECTION 1503].  <u>Again this pattern in a recent past of serious CORRUPTION has allowed the VICE PRESIDENT KAMALA D. HARRIS—-basically to get away with over 600 cases that were thrown out because of known violations of the disrespect to CONSTITUTIONAL RIGHTS of individuals when this involved the Drug Crime Lab of the SAN FRANCISCO POLICE DEPARTMENT.  There exists is a serious track record of forged documents and evidence.  GOVERNOR GAVIN NEWSOM then becomes the influencer thus should be fully PROSECUTED and never allowed to hold office because of his violation of OATH, and DISRESPECT to the CONSTITUTION OF THE UNITED STATES OF AMERICA.</u>

<u>*What is the reason behind this scenario?:*</u> BOTH GOVERNOR GAVIN NEWSOM and others within his "circle" of politicians and "career friends" that date back to his tenure as Mayor of the City of San Francisco (Not to mention is nephew to Nancy Pelosi Speaker of the Hose of Representatives), hold a great interest in the distribution of Cannabis in the STATE OF CALIFORNIA.  Then it becomes an interesting factor, including all of those "deemed" "SPECIAL AGENTS UNDERCOVER": No employee of the UNITED STATES GOVERNMENT may be involved in any shape or form in the DISTRIBUTION of a SCHEDULE I NARCOTIC by legal definition and as to FEDERAL STATUE RULES in order to hold office or employment in the scope of government affairs.  Neither may any employee engage in the use of any drug or the consumption of alcohol while on duty to their daily affairs or when conducting themselves within the scope of their duties and/ or employment as GOVERNMENT OFFICIALS.

The hypocrisy involving these interests is why the RULE OF LAW is never applied to these "GOVERNMENT OFFICIALS" making this a mute legal affair under the terms of TYRANNY.  However this type of behavior has been commonly disregarded and became a known factor to the many examples of corruption and impunity during the Trump Administration.  From there, it is a common denominator in US Politics.  While criticism has arisen from the incidents that brought the investigations on the January 6, 2020 election Committee, and numerous then "Government Officials" under investigation, the same type of behavior and disrespect to the CONSTITUTION has been present in the STATE OF CALIFORNIA for decades.  Rarely Government Officials uphold the Bill of Rights to citizens or natural persons for that fact, and use the PATRIOT ACT as an excuse for ILLEGAL SURVEILLANCE since the September 11, 2001 attacks that led to an Executive Order that may not be considered LEGAL as it violates AMENDMENT I of the US Constitution.  As previously stated Congress intended SEPARATION OF POWERS between the Executive Brach all to avoid abuses which are protected under CONSTITUTIONAL LAW.

Because of these mentioned factors, PLAINTIFF SALAVERRIA has gone through an enormous abuse that violates CONSTITUTIONAL RIGHTS.  Not only has this known abuse to date become worrisome to PLAINTIFF , but then disregard associated with continuous INTERFERENCE and OBSTRUCTION OF JUSTICE, and the use of DRONES at times to follow his whereabouts is a complete violation to PRIVACY LAWS but to anyones PERSONAL SPACE that must be protected thus respected under the UNIVERSAL DECLARATION OF HUMAN RIGHTS.  These abuses of power, influenced upon political motives to protect interests, are therefore the definition of TYRANNY under the assumption of sovereign immunity of GOVERNMENT EMPLOYEES in the FEDERAL division, however under SECTION 1983 and that concerning a TORTS CLAIM, everyone mentioned herein is vicariously liable thus waives this immunity in FEDERAL COMPLAINTS.

---

### THE DEFINITION OF A LONG TERM AIDS SURVIVOR PROTECTED UNDER THE AMERICAN DISABILITIES ACT

PLAINTIFF ALEX ALFONSO SALAVERRIA was diagnosed HIV POSITIVE in the year 2004, by Dr. Margaret Fischl MD at the Miller School of Medicine UNIVERSITY OF MIAMI Clinical Research Unit.  This diagnosis was provided as EXHIBIT in this FEDERAL COMPLAINT by Dr. Ardis A. Moe MD from UCLA Health Care Clinic in Century City State of California.  The term "AIDS SYMPTOMATIC" falls under the reason that at the time of diagnosis PLAINTIFF SALAVERRIA presented legions of KAPOSI SARCOMA.  In medical terms he presented a rare form of skin cancer because of his serious compromised IMMUNE SYSTEM at a mere ABSOLUTE 270 CD4 COUNT at the time of diagnosis.  Therefore any premeditated attempt against an individual under these "medical terms" would constitute MURDER IN THE FIRST DEGREE [18 U.S.C. SECTION 1111-1118].

Dr. Ardis A. Moe MD has known this for over a DECADE, not to mention recognizes Dr. Margaret Fischl MD through the UNIVERSITY OF MIAMI as the pioneer of AIDS medications dating to the early 1980's.  Part of the reasons for the success and survival of PLAINTIFF SALAVERRIA has been because he has had access to the most knowledgeable MEDICAL DOCTORS for HIV/AIDS in the world and latest treatments at the time of medical trials as the case for ATRIPLA in the year 2004.

This includes Dr. Jeffrey Greene MD at NYU HEALTH from the prestigious NYU INFECTIONS Disease Associates whom is the Clinical Professor for Infectious Diseases at New York University.  Dr. Greene/ NYU, Dr. Moe UCLA, and Dr. Fischl/ UM are all considered the top medical Infectious Disease Doctors in the United States.

In the year 2009, PLAINTIFF SALAVERRIA was seriously affected in his health when he was ILLEGALLY detained by IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), that led to serious violations of both HUMAN RIGHTS and those concerning CONSTITUTIONAL RIGHTS where he was detained in the State of Louisiana in both Jena and Oakdale Detention Facilities.  This is the reason PLAINTIFF has brought this complaint to the DISTRICT COURT OF THE EASTERN DISTRICT OF LOUISIANA in New Orleans.  This way what was the initial scenario that brought serious violations to PLAINTIFFS CONSTITUTIONAL RIGHTS is set as a precedent for all FEDERAL COMPLAINTS to date.  As a set forth EXHIBIT to the AMENDED COMPLAINT, PLAINTIFF will provide copies of the acknowledgment letter from HOMELAND SECURITY that dates to the year 2009 that was sent by the Office of Civil Rights and Civil Liberties of this Federal entity.  In addition, all what concerns the numerous GRIEVANCES filed at the La Salle Detention Facility in Jena State of Louisiana.  All of this information and copies regarding this matter are believed to have been retrieved ILLEGALLY from 14357 LANNING DRIVE WHITTIER, CA 90604 without LEGAL JURISDICTION or consent from PLAINTIFF SALAVERRIA.  The disregard of these PRIVACY MATTERS deemed CONFIDENTIAL between PLAINTIFF and PRIVATE CITIZEN JOANN DIAZ DE MORALES violates their CONFIDENTIALITY AGREEMENT in which they are bound to under written and verbal agreements through the past eleven years.  Therefore any action from DEFENDANTS would constitute a complete violation of PRIVACY protected by Amendment IV of the CONSTITUTION OF THE UNITED STATES OF AMERICA and all of the terms vested in PRIVACY RIGHTS at a place of residence.  Under the terms of BRIBERY, PRIVATE CITIZEN JOANN DIAZ DE MORALES and anyone involved would be accomplices to many violations to date.

Under the circumstances of serious violations, PLAINTIFF REQUESTED PROTECTIVE ORDERS to two DISTRICT FEDERAL COURTS, and although the DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK for Case No. 21-cv-09254 was unassigned since late October 2021, on May 5, 2022 the request to Proceed in Forma Pauperis was granted by Judge Laura Taylor Swain.  What is then disregarded as a DUE PROCESS LEGAL PROCEDURE, once approved this FEDERAL COURT was obligated to issue SUMMONS to all DEFENDANTS UNITED STATES OF AMERICA.  In due terms, then allow 60 days for DEFENDANTS to answer the allegations set forth in the complaint, as established in Federal Civil Code Procedure before making any judgement therefore this FEDERAL COURT violated said DUE PROCESS as established by the RULE OF LAW.  Any decision made by Judge Laura Taylor Swain, by not following LEGAL PROCEDURE is then considered "MUTE" by legal definition therefore JUDGEMENT was made in a premature manner thus violating CONSTITUTIONAL RIGHTS.  All MOTIONS presented to this court, including numerous pieces of evidence were deemed "MUTE" thus violating due process procedure.  The case is currently under APPEAL at the Second Court of Appeals [Case No 2CIR 22-1190].  Information received by PLAINTIFF SALAVERRIA confirms numerous pieces of evidence were removed from the court docket.

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

**PLAINTIFF will ask for Relief of all orders made in violation of the Law, and request the case is returned for full litigation to the DISTRICT OF COLUMBIA where Case No 21-cv-0759 TNM, and proceed where INTERFERENCE and OBSTRUCTION OF JUSTICE first happened starting the incidents of September 7, 2021 where PLAINTIFF was ILLEGALLY arrested.  SUMMONS were in fact received on this date.  These as mentioned in numerous complaints were stolen from 14357 LANNING DRIVE WHITTIER, CA 90604 on September 12-13, 2021 under ILLEGAL EMBEZZLEMENT from DEFENDANTS in the premeditated attempt against PLAINTIFF SALAVERRIA.**



PASSPORT SV 45595 SALAVERRIA
Was left at 14357 Lanning Drive Whittier CA 90604
20 years worth of Immigration Records have been
ILLEGALLY EMBEZZLED by DEFENDANTS

Any information obtained regarded as **MEDICAL RECORDS** are deemed **CONFIDENTIAL** thus protected under HIPAA.  If **DEFENDANTS** have provided any **CONFIDENTIAL** matter without written consent from **PLAINTIFF SALAVERRIA** these parties must be **FULLY PROSECUTED**.  This includes **IMMIGRATION PAPERS** and **CONFIDENTIAL PERSONAL DOCUMENTS** that are believed to have been retrieved under **ILLEGAL EMBEZZLEMENT** all under the **PRETENSE OF LIES** and **FALSE STATEMENTS** of **DEFENDANTS**.  **PLAINTIFF SALAVERRIA** is aware of numerous circumstances of where **FEDERAL AGENTS** have disclosed **MEDICAL RECORDS** and have been communicating **ILLEGALLY** with **MEDICAL DOCTORS** without authorization or consent.  This is in fact a violation to HIPAA **RULES OF PRIVACY** and are in fact deemed **CONFIDENTIAL** even under the **FREEDOM OF INFORMATION ACT** [FOIA 5 U.S.C. SECTION 552 (a).  No disclosure is **LEGAL** unless authorized and under written consent by the person it therefore involves.  Although diagnosis has been disclosed in **FEDERAL COMPLAINTS**, rarely has any medication been disclosed to anyone except to **PRIVATE CITIZEN JOANN DIAZ DE MORALES**, and **RETIRED AGENT UNDERCOVER JEFFREY JAMES MUMAUGH**.  Both are under **CONFIDENTIALITY AGREEMENTS** with **PLAINTIFF SALAVERRIA** and any **DISCLOSURE** would then be **DEEMED ILLEGAL** violating **PRIVACY**.  Even under disclosure in oral statements these are deemed **CONFIDENTIAL** under HIPAA **RULES OF DISCLOSURE**.

It is reminded that **PLAINTIFF ALEX ALFONSO SALAVERRIA** is son to a former Diputado [**SENATOR** in comparison] of the Government of El Salvador: **ALEX ALFONSO SALAVERRIA LAGOS**, and the **SALAVERRIA FAMILY** is owner to numerous Coffee Farms from a Five Generation Coffee Plantation in the region of Ahuachapan, El Salvador.  In turn **PLAINTIFF SALAVERRIA** has known numerous Ambassadors to the United States in El Salvador, among other Diplomats, and has direct access to former Department of State Employees.  In numerous cases **PLAINTIFF SALAVERRIA** has reached out to further confirm the **ILLEGAL SURVEILLANCE** associated to the **CRIMINAL BEHAVIOR** from both Federal Agents and those concerning **DEFENDANTS STATE OF CALIFORNIA**.  What eventually was discovered is the numerous **FALSE STATEMENTS** of Government Employees violates numerous **STATE, FEDERAL,** and **CONSTITUTIONAL** Laws concerning **INVASION OF PRIVACY**.  **PRIVATE CITIZEN JOANN DIAZ DE MORALES** was in fact a former "English Teacher" in 6th Grade at the Private School **ESCUELA AMERICANA** in San Salvador, El Salvador.  The betrayal of trust to **PLAINTIFF SALAVERRIA** and anything concerning **BRIBERY** from anyone involved, makes them direct accomplices to all the inflicted harm on **PLAINTIFF SALAVERRIA**, thus must **FULLY PROSECUTED** under the **RULE OF LAW**.

Link to **NEW YORK TIMES** article published in 1992 that makes an interview and reference to the **SALAVERRIA FAMILY** and Father of **PLAINTIFF: ALEX ALFONSO SALAVERRIA LAGOS**:

https://www.nytimes.com/1992/01/27/world/salvadoran-landowners-and-peasants-also-learn-to-live-with-one-another.html

For the Government of the United States of America, under the pretense of a LIE and FALSE STATEMENTS say PLAINTIFF ALEX ALFONSO SALAVERRIA is a "TERRORIST" is complete BLASPHEMY and DEFAMATION.  In addition PROPERTY belonging to the SALAVERRIA ESTATE in excess value of $410,000.00 USD has been ILLEGALLY EMBEZZLED by DEFENDANTS and must FULLY COMPENSATE ALL DAMAGES.

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

**AMENDED PAGES IN THE COMPLAINT AGAINST THE STATE OF CALIFORNIA ARE AS FOLLOWS:**

DISTRICT COURT (NOLA)             9             PER INTERFERENCE CA

## BACKGROUND

PLAINTIFF ALEX ALFONSO SALAVERRIA first reported the incident involving SPECIAL AGENT UNDERCOVER COLIN HOBBS, the DEPARTMENT OF HOMELAND SECURITY LEGAL TEAM, RESCUE TEAM, LAS VEGAS METRO POLICE DEPARTMENT [LVMPD]: ID#0007093058 BKG#2000015353 [LVMPD-PRM-H-H004] DEPUTY OFFICERS INVOLVED BADGE: 17018, 16134, 17588, 17966, 8881, 17943, 8790, 17759 [COMPLAINT FILED 03.21.2020 [2:17 P.M. PST-LAS INTERNAL AFFAIRS DETECTIVE RICHARD JONES- FBI LAS VEGAS FIELD OFFICE- FEDERAL AGENT ED CLARK].  THE INITIAL ATTEMPT AGAINST PLAINTIFF SALAVERRIA IS FULLY EXPLAINED AND DESCRIBED IN FEDERAL COMPLAINT(S) [21-cv-01759 TNM DISTRICT OF COLUMBIA], [21-cv-0925 LTS SOUTHERN DISTRICT OF NEW YORK].  PLAINTIFF SALAVERRIA SUFFERED LIFE THREATENING INJURIES AND WAS EXPOSED TO REMOTE RADIATION.
This incident was in fact an operation that started In California on I-15 near Barstow, but had involved surveillance with "Drones" near the City of Palm Springs, CA. on March 12, 2020. [CALIFORNIA PENAL CODE SECTION 647] CRIMINAL CODE 934.50 [ILLEGAL USE OF DRONES].  During this incident this as well involved the tampering and illegal towing by the AGENT(S) of HOMELAND SECURITY: LEGAL TEAM RESCUE TEAM, at the residential complex HOLIDAY ROYALE In Las Vegas, NV. : VEHICLE BMW 2014 [VIN: WBA5B1C57ED477857] in direct participation and ACCOMPLICE LIABILITY of the LAS VEGAS METRO POLICE DEPARTMENT [LVMPD].  An illegal tracking device was found on this vehicle by BMW OF BUENA PARK on [02.25.2020- CUSTOMER No. 7127264/ INVOICE # 190637] FOR THE RECORD.

JOANN DIAZ DE MORALES- DEFENDANT FEDERAL COMPLAINT CV22-3006-SVW(JEMx) denied any knowledge at the time of any participation, however PLAINTIFF SALAVERRIA believes the details of the COVERT OPERATION that spanned several years at the time was discussed between [DEFENDANT DIAZ DE MORALES/ CV22-3006-SVW(JEMx)/ 9CIR 22-55558] and [RETIRED SPECIAL AGENT JEFFREY JAMES MUMAUGH/ 21-cv-09254 LTS/ 2CIR 22-1190 SDNY] on February 27, 2020 between DEFENDANT(S) mentioned above and PLAINTIFF SALAVERRIA held at 14357 LANNING DRIVE WHITTIER, CA 90604. PLAINTIFF SALAVERRIA makes a statement there were several bugs in the residence and the conversations were in fact being recorded ILLEGALLY without the consent of PLAINTIFF.  This in consideration there existed a NDA CONFIDENTIALITY AGREEMENT signed between all parties involved. ***[EXHIBIT C: CONFIDENTIALITY AGREEMENT DEFENDANT JEFFREY JAMES MUMAUGH/ 21-cv-09254 LTS/ 2CIR 22-1190 SDNY [PAGE 46-47 AMENDED 08.25.2022]*** The details of what was discussed between [DEFENDANT DIAZ DE MORALES/ CV22-3006-SVW(JEMx)/ 9CIR 22-55558] and [DEFENDANT JEFFREY JAMES MUMAUGH/ 21-cv-09254 LTS/ 2CIR 22-1190 SDNY] is unknown to PLAINTIFF SALAVERRIA however will require a FULL DECLARATION FROM BOTH DEFENDANT(S) UNDER OATH FOR THIS FEDERAL COMPLAINT TO ASSESS WHAT EXACTLY HAD BEEN AGREED UPON BOTH PARTIES AND WHAT OTHER THIRD PARTY LAW ENFORCEMENT WAS IN DIRECT PARTICIPATION. PLAINTIFF SALAVERRIA WILL REQUEST THIS FEDERAL COURT ALLOW THESE FORMAL FEDERAL DECLARATIONS ARE DONE UNDER LIE DETECTING TESTS: FOR THE RECORD.

[DEFENDANT JEFFREY JAMES MUMAUGH/ 21-cv-09254/ 2CIR 22-1190 SDNY] and PLAINTIFF SALAVERRIA had met through the introduction of [DEFENDANT SPECIAL AGENT UNDER COVER COLIN HOBBS/ 21-cv-09254/ 2CIR 22-1190 SDNY] in the year

SALAVERRIA v. CALIFORNIA     **FEDERAL COMPLAINT**     **EASTERN DISTRICT LA**

MOTION TO INTRODUCE                22-2617 H (4)                EXHIBITS PER FORGERY

LOW MILES AUTO          J.J. MUMAUGH          BREACH of Confidentiality



J.J. MUMAUGH
November 3, 2019

J.J. MUMAUGH
November 3, 2019

**CONFIDENTIALITY AGREEMENT**

THIS CONFIDENTIALITY AGREEMENT (the "Agreement")
dated this 3 day of NOVEMBER 2019 (the "Execution Date"),
BETWEEN:

JEFFREY JAMES MUMAUGH CA DL D6923891

AND

ALEX A. SALAVERRIA CA DL D2297764

CLAUSE (1): It is agreed upon this agreement
any relationship, business association,
dealings, and trade secret information of any
operation involved from any of the parties
involved in the "PAST" will REMAIN
CONFIDENTIAL and in turn of SECRECY related
to all experiences between the parties
mentioned HEREIN.
THEREFORE IT IS STIPULATED THAT NONE OF THE
PARTIES INVOLVED WILL DISCLOSE ANY
INFORMATION TO ANY NATURAL PERSON,
INSTITUTION OF ANY KIND, UNLESS THERE IS
FORMAL WRITTEN AND SIGNED AGREEMENT BETWEEN
THE PARTIES HERE MENTIONED.

6

1  Confidential Information

2  All written and oral information and materials disclosed or
   provided by the Inventor to the Evaluator under this
   Agreement is Confidential Information regardless of whether
   it was provided before or after the date of this Agreement
   or how it was provided to the Evaluator.

3  'Confidential Information' means all data and information
   relating to the invention as well as data and information
   relating to the Inventor, including but not limited to, the
   following:

   a  'Customer Information' which includes names of
      customers of the Inventor, their representatives, all
      customer contact information, contracts and their
      contents and parties, customer services, data provided
      by customers and the type, quantity and specifications
      of products and services purchased, leased, licensed
      or received by customers of the Inventor;

   b  'Intellectual Property' which includes information
      relating to the Inventor's proprietary rights prior to
      any public disclosure of such information, including
      but not limited to the nature of the proprietary
      rights, production data, technical and engineering
      data, technical concepts, test data and test results,
      simulation results, the status and details of research
      and development of products and services, and
      information regarding acquiring, protecting, enforcing
      and licensing proprietary rights (including patents,
      copyrights and trade secrets);

   c  'Marketing and Development Information' which includes
      marketing and development plans of the Inventor, price
      and cost data, price and fee amounts, pricing and
      billing policies, quoting procedures, marketing
      techniques and methods of obtaining business,
      forecasts and forecast assumptions and volumes, and
      future plans and potential strategies of the Inventor
      which have been or are being discussed;

   d  'Business Operations' which includes internal
      personnel and financial information of the Inventor,
      vendor names and other vendor information (including
      vendor characteristics, services and agreements),
      purchasing and internal cost information, internal

7



OBSTRUCTION OF JUSTICE          11 of 21          EATERN DISTRICT LA

MOTION TO INTRODUCE              22-2617 H (4)              EXHIBITS PER FORGERY

J.J. MUMAUGH
November 3, 2019

1   **Confidential Information**

2   All written and oral information and materials disclosed or
provided by the Inventor to the Evaluator under this
Agreement is Confidential Information regardless of whether
it was provided before or after the date of this Agreement
or how it was provided to the Evaluator.

3   'Confidential Information' means all data and information
relating to the invention as well as data and information
relating to the Inventor, including but not limited to, the
following:

   a   'Customer Information' which includes names of
customers of the Inventor, their representatives, all
customer contact information, contracts and their
contents and parties, customer services, data provided
by customers and the type, quantity and specifications
of products and services purchased, leased, licensed
or received by customers of the Inventor;

   b   'Intellectual Property' which includes information
relating to the Inventor's proprietary rights prior to
any public disclosure of such information, including
but not limited to the nature of the proprietary
rights, production data, technical and engineering
data, technical concepts, test data and test results,
simulation results, the status and details of research
and development of products and services, and
information regarding acquiring, protecting, enforcing
and licensing proprietary rights (including patents,
copyrights and trade secrets);

   c   'Marketing and Development Information' which includes
marketing and development plans of the Inventor, price
and cost data, price and fee amounts, pricing and
billing policies, quoting procedures, marketing
techniques and methods of obtaining business,
forecasts and forecast assumptions and volumes, and
future plans and potential strategies of the Inventor
which have been or are being discussed;

   d   'Business Operations' which includes internal
personnel and financial information of the Inventor,
vendor names and other vendor information (including
vendor characteristics, services and agreements),
purchasing and internal cost information, internal

7

OBSTRUCTION OF JUSTICE              12 of 21              EATERN DISTRICT LA

MOTION TO INTRODUCE                22-2617 H (4)                EXHIBITS PER FORGERY

DISTRICT COURT (NOLA)                23                PER INTERFERENCE CA

**BURGLARY, THEFT, AND VANDALISM IN SAN FRANCISCO, CALIFORNIA.**

**In a recent update to the SAN FRANCISCO POLICE DEPARTMENT [SFPD REPORT No. 200531221- CENTRAL STATION: OFFICER SHANE CAYA 04.02.2022 10:55 AM PST-11:49 AM PST] this incident involved BURGLARY, THEFT, and VANDALISM of CONFIDENTIAL PAPERS that were taken from a RENTAL VEHICLE at the Palace of Fine Arts on September 7, 2020.**

**The incident is directly connected to everything concerning the illegal CRIMINAL and OPPRESSIVE behavior from DEFENDANT(S).  Part of the documentation was being hand delivered to the Office of Senator Kamala D. Harris (VICE PRESIDENT) under the recommendation of the CALIFORNIA DEPARTMENT OF JUSTICE.**

**CONTINUED CRIMINAL RACKETEERING ENTERPRISE [18 U.S.C. SECTION 1961 (a) (b), SECTION 1962 RICO ACT].**

**\*\*EXHIBIT E : SAN FRANCISCO POLICE DEPARTMENT [SFPD REPORT No. 200531221] AMENDED AUGUST 25, 2022 [PAGE 48]\*\***

**ILLEGAL USE OF DRONES AND WEAPONS PROHIBITED BY GENEVA CONVENTION:**
**The U.S. military first began to research the use of lasers in combat in the late 1950s, but it was not until 1973 that the first U.S. tactical laser, the Mid-Infrared Advanced Chemical Laser (MIRACL) — a megawatt deuterium fluoride (DF) laser built by TRW — was tested against aerial targets. Five years later, the Air Force Weapons Laboratory at Kirtland Air Force Base, N.M., developed the first chemical oxygen iodine laser (COIL). A wide range of lasers have been developed since then, including solid-state lasers and free-electron lasers.  Electromagnetic weapons offer the advantage of scalability — from microwaves that heat the skin to make the target extremely uncomfortable but without injury. This type of EMP was used against PLAINTIFF SALAVERRIA FOR THE RECORD.**

**The long term consequences taking in consideration PLAINTIFF SALAVERRIA is a LONG TERM AIDS SURVIVOR is unknown, but may have compromised his immune system thus develop other ailments or diseases in direct consequence for the ILLEGAL USE of this technology against PLAINTIFF. The Air Force Research Laboratory has been working on two non-lethal high-power electromagnetic weapons — the Active Denial System (ADS) and the Counter-electronics High Powered Microwave Advanced Missile Project (CHAMP). (ADS) was in fact used against PLAINTIFF SALAVERRIA.  Then it is questioned by PLAINTIFF how was it possible to use such weapons against one person?  This is an answer for both the VICE PRESIDENT KAMALA D. HARRIS and the GOVERNOR OF CALIFORNIA GAVIN NEWSOM, and show under what LEGAL standing was this operation and use of these weapons authorized.**

**PLAINTIFF ALEX ALFONSO SALAVERRIA will ask this Honorable Court to request COMPLETE DECLASSIFICATION OF ALL KNOW OPERATIONS AND INVESTIGATIONS under the FREEDOM OF INFORMATION ACT [FOIA 5 U.S.C. SECTION 552 (a)]. This law protects information held by the United States Government preventing unauthorized disclosures, thus giving individuals the RIGHT to review such information, request**

SALAVERRIA v. CALIFORNIA        **FEDERAL COMPLAINT**        **EASTERN DISTRICT LA**

MOTION TO INTRODUCE                22-2617 H (4)                EXHIBITS PER FORGERY

## San Francisco Police Department
### INCIDENT REPORT

**Report Type: Initial**                                                                200531221

| INCIDENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident Number | Occurrence From Date / Time | Occurrence To Date / Time | Reported Date / | Time | CAD Number | | |
| 200-531-221 | 09/03/2020    16:25 | 09/03/2020    16:30 | 09/03/2020 | 17:29 | 202472499 | | |

Type of Incident
THEFT, FROM LOCKED VEHICLE, >$950  06244

| Location of Occurrence: | At Intersection with/Premise Type | | District |
|---|---|---|---|
| BAY ST | LYON ST / STREET, (NOT SIDEWALK) | | NORTHERN |

| Confidential Report? ☐ | Arrest Made? ☐ | Suspect Known? ☐ | Suspect Unknown? ☑ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3A00 |
|---|---|---|---|---|---|---|---|---|

| Location Sent / On View: | At Intersection with | Reporting District |
|---|---|---|
| 766 VALLEJO ST | | CENTRAL |

| Crime and Clearance Status | Reported to Bureau | Name | Date/ Time | Elder Victim? ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|
| 0 | | | | | | | |

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?

**OFFICER DECLARATION**

I declare under penalty of perjury, this report of __6__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.
PROP 115 CERTIFIED          Post Training

| Reporting Officer (PSA) TSE, FAY B | Star 4800 | Station Central Station | Watch 2 | Date 09/03/20 20:17 |
|---|---|---|---|---|
| Reviewing Officer OZOL, JONATHAN T | Star 2358 | Station Central Station | Watch 2 | Date 09/03/20 20:28 |
| OIC OZOL, JONATHAN T | Star 2358 | Station Central Station | Watch 2 | Date 09/03/20 20:28 |

| Related Case | Related Case | Re-assigned to | Assigned to   3E300 | Assigned by |
|---|---|---|---|---|
| | | Copies to 3E300 3*300 | Add'l Copies  3ID | FT 4800 |

| VICTIM 1 | Code V 1 | Name (Last, First Middle) AVIS, CAR RENTAL | Alias | | Email | |
|---|---|---|---|---|---|---|
| | Day Phone (800) 352-7900 | Type Work | Home Address | City | State | Zip Code |
| | Night Phone | Type | Work Address | City | State | Zip Code |

| DOB    / Age | DOB Unk. ☐ | or age between and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

| R/V VICTIM 1 | Code R/V 1 | Name (Last, First Middle) SALAVERRIA, ALEX ALFONSO | Alias | | Email alexsalaverria98@gmail.com | |
|---|---|---|---|---|---|---|
| | Day Phone (562) 544-8896 | Type Cell | Home Address 14357 LANNING DR | City WHITTIER | State CA | Zip Code 90604- |
| | Night Phone (562) 789-6077 | Type Home | Work Address | City | State | Zip Code |

| DOB    / Age 08/25/75    45 | DOB Unk. ☐ | or age between and | Race W | Sex M | Height 6'1 | Weight 195 | Hair Color BRO | Eye Color BLU | ID Type DL | Jurisd. CA | ID No. D2297764 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject STRANGER/NONE |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

OBSTRUCTION OF JUSTICE            14 of 21            EATERN DISTRICT LA

MOTION TO INTRODUCE                22-2617 H (4)                EXHIBITS PER FORGERY

SAN FRANCISCO POLICE DEPARTMENT

**SFPD CENTRAL STATION**
**2 APR'22 AM11:49**

INCIDENT REPORT STATEMENT

INCIDENT NO. 2 0 0 5 3 1 2 2 1                                                                page 1 of 2

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: Salaverria, Alex A.    DOB/AGE 08.25.75    RESIDENCE PHONE (DAY/NIGHT) (564) 244 5483    BUSINESS PHONE (DAY/NIGHT) ( )

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO: 14357 Lanning Drive Whittier, CA 90604    ZIP CODE    BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO    ZIP CODE

DATE OF STATEMENT 04.02.2022    TIME STARTED 10.55 AM    TIME COMPLETED 11:49 AM    LOCATION WHERE STATEMENT TAKEN  AT SCENE ☐  OTHER: Central Station

STATEMENT TAKEN BY (NAME / STAR#) Shane Caya    IN PRESENCE OF

FOR THE RECORD: 21-CV-02954 Southern District of New York
Supplemental Statement to initial report on Sept. 03, 2020
On September 03, 2020 Plaintiff to FEDERAL COMPLAINT
21-CV-02954 (Alex Alfonso Salaverria) made a burglary
incident report that happened in the afternoon of that
day at the parking of the Palace of Fine arts. PLAINTIFF
Alex Alfonso Salaverria reported the burglary of his
Porsche Design Backpack that contained confidential
information, immigration documents, plus documents
that were being hand delivered to the Office of Senator
Kamala D. Harris (VICE PRESIDENT) that had been
returned by the USPS upon a wrong address provided
by the Public Inquiry Unit of the California Department
of Justice. Although the SFPD took all the necessary
statements, no conclusions were ever defined to the
responsability of the burglary to report 200531221.
Plaintiff Salaverria is making a statement to the
Central Station this incident is directly tied to
the cases involving the Department of Homeland
Security and the numerous attempts against the life
of PLAINTIFF Alex Alfonso Salaverria including
those in the City of San Francisco on November 26
and 28, 2021 through North Beach, Financial District

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF 2 PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT

MOTION TO INTRODUCE                22-2617 H (4)                EXHIBITS PER FORGERY

SAN FRANCISCO POLICE DEPARTMENT

**SFPD CENTRAL STATION**
**2 APR'22 AM11:49**

INCIDENT REPORT STATEMENT

page 2 of 2

INCIDENT NO. 2 0 0 5 3 1 2 2 1

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT: Salaverria, Alex A.
DOB / AGE: 08.2575
RESIDENCE PHONE (DAY / NIGHT): (564) 244 5483
BUSINESS PHONE (DAY/NIGHT): ( )

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO     ZIP CODE     BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO     ZIP CODE

DATE OF STATEMENT: 04.02.2022
TIME STARTED: 10:55AM
TIME COMPLETED: 11:49 AM
LOCATION WHERE STATEMENT TAKEN: AT SCENE ☐  OTHER: ☐

STATEMENT TAKEN BY (NAME / STAR): Shane Caya
IN PRESENCE OF

Civic Center, Union Square, Colma, Castro District, Embarcadero
and the San Francisco Cal Train Station where a shot
was fired but barely missed PLAINTIFF Alex Salaverria
around 5:35 PST on 11/28/21. Several .911 Calls were
made during these incidents and PLAINTIFF Salaverria
made numerous requests to be kept on record for
Litigation purposes and evidence. He is unaware
if this has been respected according to the RULE OF
LAW. All details concerning many instances can be
viewed in Complaint 21-cv-02954 for further review.
Because PLAINTIFF Salaverria has requested further
investigation and involvement of the San Francisco
District Attorney Chesa Boduin for Criminal Proceedings
for those directly involved including Agents of the
Department of Homeland Security (Legal Team, Rescue Team)
operating illegally in San Francisco and the State
of California under SB54 Sanctuary Law. Upon all
incidents of the life attempts against PLAINTIFF
Salaverria have been in fact politically motivated
by higher goverment officials and which is
penalized when covering up for criminal behavior
by any Law Enforcement under 18. U.S.C. SECTION 1961
(a)(b), SECTION 1962 (RICO ACT)(Rocketeering Enterpeise)
FOR THE RECORD.

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT OF ___ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
Fax (415) 557-1266
Website: http://cjp.ca.gov

August 16, 2022

Alex A. Salaverria
1153 N. Vista Street, #1
West Hollywood, CA  90046

Dear Alex A. Salaverria:

        This letter is to acknowledge receipt of your recent complaint against a California
judge(s).  We appreciate your time and effort in bringing this matter to the commission's
attention.  We are presently reviewing this information and, if further information is needed, you
will be contacted.  You will be advised in writing, at a later date, of the commission's action in
this matter.

        To give you some information about the process, each complaint about a judge is voted
upon by the commission.  When a complaint states facts which could be misconduct, if the facts
are true and there is not another explanation for what happened, the commission typically opens
an investigation.  The commission's staff will interview witnesses, review documents or files and
conduct other investigation.  If there is sufficient evidence supporting the complaint, the judge
will be contacted and asked to respond to the allegations.  The commission then reviews the
available evidence, and the judge's response if the judge was contacted, to make a determination
whether misconduct has occurred.  Misconduct must be established by clear and convincing
evidence, a higher standard than is required in civil cases but lower than in criminal cases.  If the
evidence does not support a finding of misconduct, the commission will close the case.  The
commission may also close the case if the misconduct was relatively minor and the judge has
acknowledged the problem and taken steps to prevent it from happening again.  If the evidence
supports a finding of misconduct and the commission determines that discipline may be
appropriate, the commission may proceed to impose discipline.

        It may also be helpful to explain that the Commission on Judicial Performance is not a
court.  It does not have the authority to reverse a judge's decision, move your case to another
department or court, disqualify a judge or otherwise get involved in your case.  The
commission's role is limited to reviewing allegations of judicial misconduct.  A judge's legal
rulings and discretionary decision-making, without more, are not a basis for review by the
commission.  Even if a judge's decision is later determined by an appellate court to be legally
incorrect, that by itself is not a violation of the Code of Ethics and is not misconduct.  A judge's

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

2CIR 22-1190                    MOTION FOR LEAVE        TO AMEND COMPLAINT

However under this ABUSE OF PROCESS and ILLEGAL SURVEILLANCE by SECRET GOVERNMENT PROGRAM TO INTERCEPT INTERNET COMMUNICATIONS  by the. NSA/ CIA and DEPARTMENT OF HOMELAND SECURITY under the pretense of a LIE or FALSE STATEMENT would then suffice to further sue DEFENDANTS under DEFAMATION. PLAINTIFF SALAVERRIA will ask for an immediate invoking the FREEDOM OF INFORMATION ACT [5 U.S.C. SECTION 552 (a) for a FULL DISCLOSURE and OBTAIN all INVESTIGATIONS to date from the GOVERNMENT OF THE UNITED STATES OF AMERICA under PLAINTIFFS "RIGHT TO KNOW".

In direct violation of  FREE SPEACH under AMENDMENT ONE of the UNITED STATES CONSTITUTION, and which further DUE PROCESS is guaranteed by CONSTITUTIONAL RIGHTS, these actions violate SEPARATION OF POWERS PRINCIPLES and is contrary to the LIMITS IMPOSED by CONGRESS OF THE UNITED STATES OF AMERICA.  Therefore the VICE PRESIDENT OF THE UNITED STATES OF AMERICA KAMALA D. HARRIS has violated said procedure with the participation of all DEFENDANTS whom have been instructed to proceed with the numerous violations to the RULE OF LAW and disrespect to CONSTITUTIONAL RIGHTS.

As proof to this CRIMINAL BEHAVIOR, PLAINTIFF SALAVERRIA will proceed to document what is known to this day July 24, 2022.



CASE 21-01759 TNM DISTRICT OF COLUMBIA was closed under pressure of the VICE PRESIDENT OF THE UNITED STATES OF AMERICA and reason why PLAINTIFF SALAVERRIA was targeted on September 7, 2021 with direct participation of the LOS ANGELES SHERIFFS DEPARTMENT (NORWALK).  PLAINTIFF SALAVERRIA sustained life threatening injuries, and makes a formal declaration that DEPUTY SHERIFFS placed a chemical on his wrists further squeezing them under serious pressure with handcuffs all to create a hematoma to cause a heart attack to PLAINTIFF SALAVERRIA.

EMERGENCY FILING              Page 2 of 17              07.24.2022 EVIDENCE

MOTION TO INTRODUCE              22-2617 H (4)              EXHIBITS PER FORGERY

==THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:==

## SECTION 1.

Section 7282 of the Government Code is amended to read:

*7282.*

For purposes of this chapter, the following terms have the following meanings:

(a) "Conviction" shall have the same meaning as subdivision (d) of Section 667 of the Penal Code.

==(b) "Eligible for release from custody" means that the individual may be released from custody because one of the following conditions has occurred:==

==(1) All criminal charges against the individual have been dropped or dismissed.==

(2) The individual has been acquitted of all criminal charges filed against him or her.

(3) The individual has served all the time required for his or her sentence.

==(4) The individual has posted a bond.==

==(5) The individual is otherwise eligible for release under state or local law, or local policy.==

(c) "Hold request," "notification request," and "transfer request" have the same meanings as provided in Section 7283. Hold, notification, and transfer requests include requests issued by the United States Immigration and Customs Enforcement or the United States Customs and Border Protection as well as any other immigration authorities.

(d) "Law enforcement official" means any local agency or officer of a local agency authorized to enforce criminal statutes, regulations, or local ordinances or to operate jails or to maintain custody of individuals in jails, and any person or local agency authorized to operate juvenile detention facilities or to maintain custody of individuals in juvenile detention facilities.

(e) "Local agency" means any city, county, city and county, special district, or other political subdivision of the state.

(f) "Serious felony" means any of the offenses listed in subdivision (c) of Section 1192.7 of the Penal Code and any offense committed in another state which, if committed in California, would be punishable as a serious felony as defined by subdivision (c) of Section 1192.7 of the Penal Code.

(g) "Violent felony" means any of the offenses listed in subdivision (c) of Section 667.5 of the Penal Code and any offense committed in another state which, if committed in California, would be punishable as a violent felony as defined by subdivision (c) of Section 667.5 of the Penal Code.

## SEC. 2.

Section 7282.5 of the Government Code is amended to read:

*7282.5.*

==*(a) A law enforcement official shall have discretion to cooperate with immigration authorities only if doing so would not violate any federal, state, or local law, or local policy, as otherwise permitted by the California Values Act (Chapter 17.25 (commencing with Section 7284)). Additionally, the specific activities described in subparagraph (C) of paragraph (1) of subdivision (a) of, and in paragraph (4) of subdivision (a) of, Section 7284.6 shall only occur under the following circumstances:*==

==*(1) The individual has been convicted of a serious or violent felony identified in subdivision (c) of Section 1192.7 of, or subdivision (c) of Section 667.5 of, the Penal Code.*==

==*(2) The individual has been convicted of a felony punishable by imprisonment in the state prison.*==

==*(3) The individual has been convicted within the past five years of a misdemeanor for a crime that is punishable as either a misdemeanor or a felony for, or has been convicted within the last 15 years of a felony for, any of the following offenses:*==

OBSTRUCTION OF JUSTICE              19 of 21              EATERN DISTRICT LA

**DEFENDANTS STATE OF CALIFORNIA have therefore broken numerous STATE, FEDERAL, and CONSTITUTIONAL LAWS.  While the STATE OF CALIFORNIA is a SANCTUARY STATE under SB54 CALIFORNIA SANCTUARY LAW, any communication concerning Federal Agents of Homeland Security and Local Law Enforcement are prohibited.  In addition Federal Agents may never be allowed to operate in designated RESIDENTIAL ZONES.  Therefore any presence and continued ILLEGAL SURVEILLANCE is therefore deemed serious violations to the RULE OF LAW in direct [OBSTRUCTION OF JUSTICE 18 U.S.C. SECTION 1503].**

**The hypocrisy of Democrats in the STATE OF CALIFORNIA is more than obvious.  While they have highly criticized the TRUMP ADMINISTRATION, they themselves are violating numerous STATE, FEDERAL, and CONSTITUTIONAL Laws.  However to allow such violations and pretend they are the "good ones", and if anyone is to be compared to a TYRANT is GOVERNOR GAVIN NEWSOM.  VICE PRESIDENT KAMALA D. HARRIS has covered numerous serious cases involving then "Mayor of San Francisco [GAVIN NEWSOM]" while her tenure as District Attorney of San Francisco.  Then comes to the attention the current District Attorney of Los Angeles GEORGE GASCON is in fact the "Former" District Attorney of San Francisco, and has known the numerous levels of corruption in both San Francisco County, Los Angeles County, STATE OF CALIFORNIA.  It is then a comparison of a "friendship/ marriage" association of protecting CRIMINAL BEHAVIOR all to cover the POLITICALLY MOTIVATED interests associated with this FEDERAL CASE.  To allow such abuse of the CONSTITUTIONAL RIGHTS to which all owe the OATH of ALLEGIANCE to the UNITED STATES OF AMERICA, in LEGAL TERMS, they must all face PROSECUTION under TREASON to the UNITED STATES OF AMERICA.  In addition they must never be allowed to hold any Office of the Government of the United States of America the same way they are calling "FOUL PLAY" Former President Donald Trump.  The corruption in the STATE OF CALIFORNIA has been widely known for decades, and this FEDERAL CASE is within the numerous examples that under all means, has been kept from the public eye, including INTERFERENCE with FEDERAL JUDGES all to protect the serious violations of CONSTITUTIONAL RIGHTS by all the above mentioned individuals.**

**While DEFENDANTS STATE OF CALIFORNIA have allowed PRIVATE PROPERTY be STOLEN under ILLEGAL EMBEZZLEMENT and without a LEGAL WARRANT or JUDGES ORDER, this is only the tip of the iceberg when relating to this case.**

**Therefore under proof and with LEGAL STANDING to the BILL OF RIGHTS and the CONSTITUTION OF THE UNITED STATES OF AMERICA, PLAINTIFF ALEX ALFONSO SALAVERRIA requests this MOTION TO AMEND be granted, thus requesting a FORMAL INVESTIGATION from the UNITED STATES ATTORNEYS OFFICE in the DISTRICT COURT OF EASTERN LOUISIANA all to ensure CRIMINAL PROCEEDINGS against all the mentioned DEFENDANTS violating the FEDERAL OATH to protect the CONSTITUTION OF THE UNITED STATES OF AMERICA.**

MOTION TO INTRODUCE          22-2617 H (4)          EXHIBITS PER FORGERY

**I declare this is true and correct under perjury to the Constitution of the United States of America.**

**ALEX ALFONSO SALAVERRIA**
**1153 N. VISTA STREET #1**
**WEST HOLLYWOOD, CA 90046**
**PRO PER SE**

**PLAINTIFF ALEX ALFONSO SALAVERRIA HEREBY STATES HIS LIVING ARRANGEMENTS HAVE ONCE AGAIN BEEN JEOPARDIZED BY AGENTS UNDERCOVER IN DIRECT OBSTRUCTION OF JUSTICE [18 U.S.C. SECTION 1503]. THE GOVERNMENT IS GATHERING INFORMATION ILLEGALLY UNDER THE DISGUISE OF PROTECTING FROM THE THREAT OF TERRORISM WHEN IT IS THEM WHOM UNDER TYRANNY AND OPPRESSIVE CRIMINAL BEHAVIOR TRY TO INTIMIDATE AND CRUSH VOICES OF DISSENT THUS DESTROY THE LIVES OF NUMEROUS PEOPLE UNDER THE PRETENSE OF LIES AND MADE UP TERMINOLOGIES THAT DO NOT APPLY TO INDIVIDUALS ALL TO COVER UP FOR THEIR SERIOUS VIOLATIONS OF HUMAN RIGHTS THEY MUST ABIDE BY UNDER [22 U.S.C. SECTION 2304]**

**AMENDMENT AUGUST 25, 2022: FAILURE TO APPEAR JOANN DIAZ DE MORALES SUPERIOR COURT OF CALIFORNIA WHITTIER/ ROOM 201/ JUDGE ROY TREAU**

**IN RECENT EVENTS, DEFENDANTS HAVE CONTINUED TO INTERFERE WITH FEDERAL AND STATE PROCEEDINGS UNDER THE ASSUMPTION OF SOVEREIGN IMMUNITY THAT DOES NOT APPLY FOR DEFENDANTS UNDER TITLE 42 U.S.C. SECTION 1983. THIS INCLUDES STATE JUDGES IN THE STATE OF CALIFORNIA THAT HAVE EITHER BEEN INVOLVED IN MAKING EFFECTIVE A FALSE RESTRAINING ORDER: [JUDGE JAMES HORAN/ FAMILY LAW SUPERIOR COURT OF CALIFORNIA WHITTIER/ CASE WHRO01436/ B321190- INVOLVES JUDGE ROY TREAU/ ADMINISTRATIVE PRESIDING JUDGE ELWOOD LUI MAKING FALSE STATEMENTS. PLAINTIFF ALEX ALFONSO WILL AMEND THIS COMPLAINT AND SUE UNDER [TITLE 42 U.S.C. SECTION 1983 AND WILL ASK FOR RELIEF OF ALL ORDERS MADE IN VIOLATION OF THE LAW, THAT DUE PROCESS BE ALLOWED, AND FURTHER ISSUE RELIEF AS THE COURT DEEMS APPROPRIATE].**

**COPIED TO THE INTERNATIONAL CRIMINAL COURT AT THE HAGUE, NETHERLANDS**

**ORGANIZATION OF AMERICAN STATES [OAS/OEA] SECRETARY LUIS ALMAGRO**

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | 22-2617H-4-CALIFORNIA <22-2617H-4-CALIFORNIA@proton.me> |
| **Sent:** | Tuesday, August 30, 2022 2:40 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Cc:** | ahillt@rree.gob.sv; CIDHDenuncias@oas.org; otp.informationdesk@icc-cpi.int |
| **Subject:** | Fw: MOTION TO AMEND COMPLAINT AND INTRODUCE EVIDENCE LEFT OUT FROM INITIAL FILING 22-2617 H (4) |
| **Attachments:** | MOTION TO INTRODUCE AMENDED COMPLAINT Case No. 22-2617 H (4).pdf |

CAUTION - EXTERNAL:

**RESENDING MOTION TO EASTERN DISTRICT OF LOUISIANA
CASE No. 22-2617 H (4)**

**ALEX ALFONSO SALAVERRIA**

**COPIED INTERNATIONAL CRIMINAL COURT THE HAGUE NETHERLANDS**

Sent with Proton Mail secure email.

------- Original Message -------
On Sunday, August 28th, 2022 at 11:42 AM, 22-2617H-4-CALIFORNIA <22-2617H-4-CALIFORNIA@proton.me> wrote:

**PLEASE FIND ATTACHED MOTION TO AMEND COMPLAINT 22-2617 H (4) SALAVERRIA vrs. STATE OF CALIFORNIA ET. AL**

The following encrypted email 22-2617-H-4CALIFORNIA@proton.me will be used as a secondary email to alex_vrs_usa@proton.me due to INTERNET SIGNAL INTERFERENCE and that involving ILLEGAL SURVEILLANCE by US GOVERNMENT SPES or AGENTS UNDERCOVER operating ILLEGALLY in a designated RESIDENTIAL ZONE outside jurisdiction.  The continuous OBSTRUCTION OF JUSTICE [18 U.S.C. SECTION 1503] and that involving the CRIMINAL BEHAVIOR from DEFENDANTS is hereby copied to the ORGANIZATION OF AMERICAN STATES [OEA-OAS] SECRETARY LUIS ALMAGRO, and THE OFFICE OF THE PROSECUTOR OF THE INTERNATIONAL CRIMINAL COURT due to serious violations to CRIMES AGAINST HUMANITY in direct violation of the DECLARATION OF HUMAN RIGHTS, not to mention disrespect to the CONSTITUTION OF THE UNITED STATES OF AMERICA.  Continued interference will be reason to further CRIMINAL ACTIONS against the UNITED STATES OF AMERICA, and numerous Government Officials in direct violation and abuse of the RULE OF LAW, and that have inflicted premeditated harm against Salvadoran Citizen ALEX ALFONSO SALAVERRIA under the pretense of LIES and FALSE STATEMENTS all to cover up POLITICALLY MOTIVATED INTERESTS of the STATE OF CALIFORNIA.

**ALEX ALFONSO SALAVERRIA
PRO PER SE
1153 N. VISTA STREET #1
WEST HOLLYWOOD, CA 90046**

Sent with Proton Mail secure email.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.